**LAW OFFICE OF
ROLAND R. ACEVEDO**
250 Park Avenue--7th floor
New York, New York 10177

---

(212) 658-1970 (Office) | (212) 392-5545 (Fax) | (917) 670-1777 (Cell) | Legal@Rracevedolaw.com

January 2, 2022

Hon. Lorna G. Schofield
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Internat'l Brotherhood of Teamsters Local Union 210
    v. Perrigo NY, Inc.*
    21-cv-8735 (LGS)

Dear Judge Schofield:

    I represent the petitioner, the International Brotherhood of Teamsters Local Union 210, in the above-referenced matter. I write to request that the initial conference in this matter, which is scheduled for January 12, 2022 at 4:10 p.m., be adjourned for 90-days because the parties are in the middle of an arbitration that will end shortly and may result in the petition being moot. This is petitioner's first request for an adjournment.

    By way of background, on October 25, 2021, IBT Local Union 210 filed a "Petition to Determine Whether to Disqualify Counsel in a Labor Arbitration Due to a Conflict." A corrected petition was filed on November 4, 2021. Since the filing of the petition, on December 22, 2021, the parties began a bifurcated arbitration proceeding to determine whether the Union's arbitration demand was timely filed and is arbitrable. The employer has completed the presentation of its case in the bifurcated arbitration, and the Union is expected to complete its case on January 14, 2022. The arbitrator will then have 30-days to issue a written decision. If the arbitrator determines that the Union's arbitration demand was not timely filed, the matter will be resolved and issue before the Court will be moot. In an effort to conserve the Court's and the parties' resources, petitioner requests that this matter be adjourned for 90-days or, in the alternative, be stayed and placed on the suspense calendar until the arbitrator issues his decision.

     I have conferred with respondent's counsel, John D. Horowitz, who has informed me that respondent Perrigo is opposed to petitioner's request, despite the fact that respondent is the party that requested the bifurcated arbitration proceeding to expeditiously decide the arbitrability issue. Thank you for your consideration in this matter.

                                   Very truly yours,

                                   *Roland Acevedo*

                                   Roland R. Acevedo

cc: John D. Horowitz, Esq.
    Counsel for Perrigo NY, Inc.

By **January 5, 2022**, Respondent shall file any response, not to exceed two pages. So Ordered.

Dated: January 3, 2022
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**