**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           :
INTERNATIONAL BROTHERHOOD OF                               :
TEAMSTERS LOCAL UNION 210,                                 :
                                                           :     21-cv-8735 (LGS) (OTW)
                                  Plaintiff,               :
                                                           :            ORDER
              -against-                                    :
                                                           :
PERRIGO NY, INC.,                                          :
                                                           :
                                  Defendant.               :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' responses to its Order to Show Cause dated April 26, 2022 (ECF 29). Because Petitioner has withdrawn its petition (see ECF 27), I have recommended to Judge Schofield that the action be dismissed as moot. Respondents have indicated that they intend to seek sanctions, whether under Fed. R. Civ. P. 11 or 28 U.S.C. § 1927, or perhaps under some other grounds. If Respondent intends to file a motion for sanctions, such motion shall be filed no later than 5:00 pm on May 9, 2022. Petitioner's opposition is due by 5:00 p.m. on May 13, 2022. Any briefing shall cite applicable rules, statutes, and case law. There shall be no extensions and no replies.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: May 6, 2022                                      **Ona T. Wang**
       New York, New York                        United States Magistrate Judge