```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
INTERNATIONAL BROTHERHOOD OF                                :
TEAMSTERS LOCAL UNION 210,                                  :
                                   Petitioner,              :      21 Civ. 8735 (LGS)
                                                            :
              -against-                                     :              ORDER
                                                            :
PERRIGO NY, INC.,                                           :
                                   Respondent.              X
-----------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 6, 2022, after Petitioner withdrew the Petition and the parties agreed that the Petition should be dismissed with prejudice, Magistrate Judge Ona Wang issued a Report and Recommendation (the "Report"), recommending that the action be dismissed with prejudice. (Dkt. No. 35.)

WHEREAS, as stated in the Report, the deadline for any objections was fourteen days from service of the Report.  (Dkt. No. 35.)

WHEREAS, no objections were timely filed.

WHEREAS, in reviewing a Magistrate Judge's Report and Recommendation, a District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).  "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) Advisory Committee Notes; *see Williams v. City of New York*, No. 21 Civ. 1083, 2022 WL 1772608, at *2 (S.D.N.Y. June 1, 2022) (applying clear error standard).

WHEREAS, upon review of Judge Wang's Report, the Court finds no error, clear or otherwise.  While Respondent makes vague allegations of impropriety against Judge Wang (*see*

Dkt. No. 36), because Respondent's May 9, 2022, letter includes no related application or objection and because the allegations in that letter are not substantiated, those allegations have no effect on this decision.  It is hereby

**ORDERED** that the Report is **ADOPTED** in its entirety as the opinion of the Court.  For the reasons stated in the Report, the Petition is **DISMISSED** with prejudice.

The Clerk of Court is respectfully directed to close any open motions and to close the case.

Dated: June 3, 2022
       New York, New York

                              **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**