**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS LOCAL UNION 210,

                    Petitioner,                    21 **CIVIL** 8735 (LGS)

        -against-                            **JUDGMENT**

PERRIGO NY, INC.,

                    Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 3, 2022, the Report is ADOPTED in its entirety as the opinion of the Court. The Petition is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          June 3, 2022

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                         **BY:**    *K. Mango*
                                                    **Deputy Clerk**